


# United States District Court
# Eastern District of California

THOMAS WILSON

Plaintiff(s)

V.

I. Q. Data International, Inc.

Defendant(s)

Case Number: 2:25-cv-00977-DC-SCR

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jeffrey D. Wood hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Thomas Wilson (Plaintiff)

On 10/23/2007 (date), I was admitted to practice and presently in good standing in the U.S. District Court - Eastern Dist. of Arkansas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/30/2025 Signature of Applicant: /s/ Jeffrey D. Wood

**Pro Hac Vice Attorney**

Applicant's Name: Jeffrey D. Wood

Law Firm Name: The Wood Firm, PLLC

Address: 11610 Pleasant Ridge Rd.

Suite 103 - Box 208

City: Little Rock State: AR Zip: 72223

Phone Number w/Area Code: (214) 914-8374

City and State of Residence: Little Rock, AR

Primary E-mail Address: jeff@jeffwoodlaw.com

Secondary E-mail Address: ______________________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kevin Hernandez

Law Firm Name: Law Office of Kevin L. Hernandez

Address: 8920 W. Tropicana Avenue

Suite 101

City: Las Vegas State: NV Zip: 89147

Phone Number w/Area Code: (702) 563-4450 Bar # 12594

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 30, 2025

Dena Coggins
United States District Judge